JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFF ZUNIGA, | Case No. CV 15-6082 PA (SS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LOS ANGELES SHERIFFS DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  January 20, 2016

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE